UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ETHAN O. ROSE,<br><br>　　　　　Defendant. | Case No.  15-cv-01674-SLM   (JSC)<br><br>**ORDER TO DEFENDANT** |

On April 13, 2015, the United States of America, represented by attorney Michael Cosentino, filed this civil action seeking to collect on a student loan debt allegedly owed by Defendant Ethan Rose. (Dkt. No. 1.) Although the government contends that Mr. Rose was served with a copy of the summons and complaint on April 18, 2015, it has not filed a proof of service to this effect. Nonetheless, the government has filed a status report indicating that Mr. Rose forwarded counsel for the government a copy of the completed form consenting to the jurisdiction of a magistrate judge. (Dkt. No. 4.) Mr. Rose, however, has not filed anything with the court responding to the complaint.

Accordingly, the government shall file proof of service of the summons and complaint by June 18, 2015. The government shall also serve the defendant with a copy of this order and file proof of service within three days. **Mr. Rose has until July 11, 2015 to answer or otherwise respond to the complaint.** Mr. Rose must file things with the court if he intends to defend against the government's claims. If he fails to do so, the government may seek default in which case a judgment could be entered against Mr. Rose for the full amount sought. Mr. Rose is advised that as he is proceeding pro se, he may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding his

1 claims.

4 **IT IS SO ORDERED.**

5 Dated:  June 11, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2